ant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

STELLA COLLETTI, as Administratrix, etc., of ANTHONY J. COLLETTI, Deceased, Respondent, v. VINE-MARTYR, INCORPORATED, Appellant, Impleaded with Another, Defendant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

HALLOCK BROMLEY, Respondent, v. SAM E. SHAPIRO, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

MARJORIE ELTER, Respondent, v. COLUMBIA INSURANCE COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

In the Matter of the Judicial Settlement of the Accounts of HERBERT F. J. NORTON, as One of the Executors of the Estate of NATHANIEL W. NORTON, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

GEORGIA ANNA BURRILL, Appellant, v. TOWN OF RUSSIA and Others, Respondents.— Motion for leave to appeal to the Court of Appeals granted. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

MARY E. BURRILL, Appellant, v. TOWN OF RUSSIA and Others, Respondents.— Motion for leave to appeal to the Court of Appeals granted. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

BUFFALO PORCELAIN ENAMELING CORPORATION, Appellant, v. LONDON ASSURANCE CORPORATION, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

BUFFALO PORCELAIN ENAMELING CORPORATION, Appellant, v. LONDON ASSURANCE CORPORATION, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

GIDEON GRANGER and Another, Appellants, v. THE CITY OF CANANDAIGUA, Respondent.— Motion for leave to appeal to the Court of Appeals granted. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

CLAUDE H. DUNK, as Trustee in Bankruptcy of the Estate of JOSEPHINE L. ALVORD, Bankrupt, Appellant, Respondent, v. JOHN W. GATES, Respondent, Appellant.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

AGNES ASHWORTH ODELL, Respondent, v. ANDREW E. REA and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

STEVE SHUSHEREBA, Respondent, v. BETTY WEBB AMES, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted and questions for review certified. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

BUFFALO COURIER-EXPRESS, INCORPORATED, Respondent, v. COUNTY OF ERIE,